## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Samuel Lopez-Ozuna**<br>DOB: 2006; United States Citizen | DOCKET NO. **24-08165MJ**<br><br>MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(B)(iii), and 1324(a)(1)(B)(iv).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about August 9, 2024, in the District of Arizona, **Samuel Lopez-Ozuna**, knowing and in reckless disregard of the fact that certain illegal aliens, including Isidro Reyes-Garcia, Daniel Velazquez-Segundo, Wendolyn Laguna, Abraham Bolvito-Soloman, Antonia Gonzalez-Robeldo, and Anibal Hernandez-Cruz, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law, and during and in relation to which caused serious bodily injury to or placed in jeopardy the life of any person, and said transportation resulted in death; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(iii) and 1324(a)(1)(B)(iv).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On August 9, 2024, in the District of Arizona (west of Nogales), Border Patrol Agents (BPAs) observed a Tahoe SUV with a mismatched black door driving on Ruby Road toward Arivaca. The license plate on the SUV belonged to a rental company and was assigned to a Chrysler sedan, not the Tahoe SUV. The BPAs made further observations and then attempted to conduct a vehicle stop for an immigration inspection. The BPA activated his patrol vehicle's lights and sirens. The SUV continued driving without pulling over and instead accelerated. The BPA lost visual momentarily when the SUV when around a curve in the roadway. When the BPA drove around the curve, he saw a big cloud of dust off the roadway where the SUV had rolled over. There were multiple people lying on the roadway in obvious medical distress. BPAs immediately called for emergency services to respond to the location and began to triage injuries and provide emergency first aid such as application of tourniquets and CPR. One adult female, later identified as A.R.-V., was pronounced dead on scene by paramedics. Multiple other individuals, including the driver, **Samuel Lopez-Ozuna**, were transported to the hospital for their injuries. While still on scene, one of the BPAs asked a couple of the individuals who were stable and conscious who the driver of the Tahoe was. They pointed to **Lopez-Ozuna**.

Homeland Security Investigations (HSI) responded to the scene and then to the hospital to conduct the investigation. From interviews and identification documents, HSI determined that five injured passengers – Isidro Reyes-Garcia, Daniel Velazquez-Segundo, Wendolyn Laguna, Abraham Bolvito-Soloman, Antonia Gonzalez-Robeldo – and the deceased, A.R.-V., were all citizens of Mexico or Guatemala without permission to enter or remain in the United States. The next day, BPAs discovered Anibal Hernandez-Cruz in a vehicle at an immigration checkpoint. He told agents he had also been in the rollover crash. He was also an undocumented noncitizen (UNC).

**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Isidro Reyes-Garcia, Daniel Velazquez-Segundo, Wendolyn Laguna, Abraham Bolvito-Soloman, Antonia Gonzalez-Robeldo, and Anibal Hernandez-Cruz

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**DONNY S FIELDS** Digitally signed by DONNY S FIELDS<br>Date: 2024.08.13 15:28:35 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Homeland Security Investigations |
| Sworn by telephone **x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1]) *Jacqueline M. Rateau* | DATE<br>August 14, 2024 |

See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Siegele

CC: USM, AUSA, PTS

**Continued from front page.**

When BPAs arrived on scene moments after the crash, the occupants of the SUV, including the driver **Lopez-Ozuna**, had been ejected from the vehicle. Agents were able to confirm **Lopez-Ozuna** was the driver through a variety of means including but not limited to: the identifications by other passengers on scene to BPAs as described above; positive identifications by material witnesses during later interviews with photo lineups; the other occupants of the vehicle were wearing camouflage, which is common for UNCs who walk through the southern Arizona desert to a transport vehicle; all other occupants were UNCs except for **Lopez-Ozuna**, who is a U.S. citizen; the SUV was registered to Erica Ozuna and prior border crossing photos were of a Hispanic male who appears to be **Lopez-Ozuna**. Additionally, **Lopez-Ozuna** provided his phone number to HSI. HSI found a phone near the accident site which had iPhone maps providing directions to Arivaca. HSI agents used the number **Lopez-Ozuna** provided to determine that it was his cellular phone located at the scene with directions up. Statements from the UNC passengers indicated that they were instructed to turn off their phones, and that the driver was using his phone for calls and directions.

During interviews, the material witnesses stated the transport vehicle was directed to pick them up near Ruby Road. The driver of the vehicle was instructed to give a code word, "cabros", to them to identify himself. When the vehicle stopped, the driver gave the code word, and they entered the vehicle. The vehicle was enroute to Phoenix, and from there they would be transported to various locations across the United States. Material witness Velazquez-Segundo (who speaks English) said that when **Lopez-Ozuna** saw law enforcement, he said "Oh shit", called someone, and said, "I got 7 of them, BP on my ass." Velazquez-Segundo said that **Lopez-Ozuna** was driving too fast for the roads. Material witness Wendolyn Laguna said **Lopez-Ozuna** was going really fast and that she had seen patrol cars right before he accelerated. Material witness Antonio Gonzalez-Robledo said the deceased was her grandmother, and they were traveling together. The driver was speeding and floored it when he saw law enforcement. Several of the material witnesses positively identified **Lopez-Ozuna** as the driver from a photo lineup. Other material witnesses described him or explained they recognized the other members of the group from having traveled with them to the transport vehicle. Other material witnesses said they had not seen the driver's face.

As of August 13, 2024, **Lopez-Ozuna** and several of the passengers remain in the hospital.