AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-08165MJ |
| Samuel Lopez-Ozuna | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Samuel Lopez-Ozuna,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Transportation of illegal aliens placing life in jeopardy and resulting in death; 8 U.S.C. 1324(a)(1)(A)(ii), 1324(a)(1)(B)(iii), and 1324(a)(1)(B)(iv)

Date: 8/14/2024

*Issuing officer's signature*: Jacqueline M. Rateau

City and state: Tucson, Arizona

Jacqueline M. Rateau, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8-14-2024, and the person was arrested on *(date)* 8-14-2024
at *(city and state)* Tucson, AZ.

Date: 8-16-24

*Arresting officer's signature*: [signature]

Denny Fields
*Printed name and title*