GARY M. RESTAINO
United States Attorney
District of Arizona
RYAN P. DEJOE
DESIREE CHERY
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.dejoe@usdoj.gov
Email: desiree.chery@usdoj.gov
Attorneys for Plaintiff

CR24-06035 TUC-AMM(EJM)

**FILED** 2024 SEP 11 PM 7:01 CLERK US DISTRICT COURT DISTRICT OF ARIZONA

**VICTIM**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Samuel Lopez-Ozuna,<br>　(Counts 1-8)<br><br>　　　　　　Defendant. | No.<br><br>**I N D I C T M E N T**<br><br>VIOLATIONS:<br><br>8 U.S.C. § (a)(1)(A)(v)(I)<br>8 U.S.C. § 1324 (a)(1)(A)(ii)<br>8 U.S.C. § 1324 (a)(1)(B)(i)<br>8 U.S.C. § 1324 (a)(1)(B)(iii)<br>8 U.S.C. § 1324 (a)(1)(B)(iv)<br>(Conspiracy to Transport Illegal Aliens for Profit Placing in Jeopardy the Life of Any Person Resulting in Death)<br>　**Count 1**<br><br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>8 U.S.C. § 1324(a)(1)(B)(iii)<br>8 U.S.C. § 1324 (a)(1)(B)(iv)<br>(Transportation of Illegal Aliens for Profit Resulting in Death)<br>　**Count 2**<br><br>8 U.S.C. § 1324 (a)(1)(A)(ii)<br>8 U.S.C. § 1324 (a)(1)(B)(i)<br>8 U.S.C. § 1324 (a)(1)(B)(iii)<br>8 U.S.C. § 1324 (a)(1)(B)(iv)<br>(Transportation of Illegal Aliens for Profit Placing in Jeopardy the Life of Any Person Resulting in Death)<br>　**Count 3-8** |

**THE GRAND JURY CHARGES:**

At all times material to this Indictment:

### Introduction

1. From a time unknown, and continuing through August 9, 2024, the defendant, SAMUEL LOPEZ-OZUNA, participated in a human smuggling organization with the goal to smuggle undocumented non-citizens who were present in the United States illegally ("aliens") from the United States-Mexico border region to deliver them to other individuals involved in alien smuggling. The aliens traveled from Mexico and Guatemala and crossed the United States border without legal authorization, into the District of Arizona in order to be transported further into the United States. The aliens were not United States citizens and did not have prior official authorization from the United States government to come to, enter or reside in the United States. At least one of the aliens and/or their families was to pay money to be transported within the United States, through Arizona, to reach their final destinations.

2. On August 9, 2024, United States Border Patrol ("USBP") field cameras detected a Chevrolet Tahoe traveling south in the area known as California Gulch. This is a remote area near the intersection of Ruby Road and California Gulch Road in the Arivaca/Nogales, Arizona area. USBP dispatch noted that the license plate information returned to a rental company and for a different type of vehicle. USBP dispatch noted that the vehicle was then seen traveling northbound on California Gulch Road.

3. A USBP Agent located the vehicle traveling westbound on Ruby Road toward Arivaca. That agent began to follow the vehicle. The BPA noted that the vehicle was riding low on its suspension. The Border Patrol Agent (BPA) decided to conduct a vehicle stop on suspicion of alien smuggling. The BPA activated his lights and sirens. The vehicle did not yield but rather accelerated. It immediately rolled over on the next curve on Ruby Road, flipping the vehicle several times before it came to a stop on its side, off the road. The driver was identified as SAMUEL LOPEZ-OZUNA.

4. In addition to SAMUEL LOPEZ-OZUNA, seven (7) undocumented noncitizens were in the vehicle. All seven (7) were illegal aliens who had come to, entered and remained in the United States in violation of law.

5. One illegal alien, A. R.-V. died as a result of the crash. Three other illegal aliens suffered significant injuries and two other illegal aliens suffered minor injuries.

## COUNT 1

6. Paragraphs 1 through 5 of this Indictment are realleged and incorporated as though fully set forth herein.

7. Beginning at a date unknown and continuing up to and including August 9, 2024, in the District of Arizona, SAMUEL LOPEZ-OZUNA, did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown, to transport and move seven illegal aliens, including A. R.-V., within the United States by means of transportation or otherwise, in furtherance of such violation of law; and during and in relation to said conspiracy to transport illegal aliens did place in jeopardy the lives of the illegal aliens and other persons wherein the death of A. R.-V. resulted; with such offense committed for the purpose of commercial advantage and private financial gain;

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I); 1324(a)(1)(A)(ii); 1324(a)(1)(B)(i); 1324(a)(1)(B)(iii) and 1324(a)(1)(B)(iv).

## COUNT 2

8. Paragraphs 1 through 7 of this Indictment are realleged and incorporated as though fully set forth herein.

9. Beginning at a date unknown and continuing up to and including August 9, 2024, in the District of Arizona, SAMUEL LOPEZ-OZUNA, knowing and in reckless disregard of the fact A. R.-V. was an illegal alien, did transport and move said alien within the United States by means of transportation, and otherwise, in furtherance of such violation of law; and during and in relation to said transportation, the defendant placed in jeopardy the lives of said alien and other persons wherein the death of A. R.-V. resulted;

with such offense committed for the purpose of commercial advantage and private financial gain;

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(B)(i); 1324(a)(1)(B)(iii) and 1324(a)(1)(B)(iv).

## COUNT 3

10. Paragraphs 1 through 9 of this Indictment are realleged and incorporated as though fully set forth herein.

11. Beginning at a date unknown and continuing up to and including August 9, 2024, in the District of Arizona, SAMUEL LOPEZ-OZUNA, knowing and in reckless disregard of the fact Isidro Reyes-Garcia was an illegal alien, did transport and move said alien within the United States by means of transportation, and otherwise, in furtherance of such violation of law; and during and in relation to said transportation, the defendant placed in jeopardy the lives of said alien and other persons wherein the death of A. R.-V. resulted; with such offense committed for the purpose of commercial advantage and private financial gain;

All in violation of Title 8, United States Code, Sections 1234(a)(1)(A)(ii), 1324(a)(1)(B)(i); 1324(a)(1)(B)(iii) and 1324(a)(1)(B)(iv).

## COUNT 4

12. Paragraphs 1 through 11 of this Indictment are realleged and incorporated as though fully set forth herein.

13. Beginning at a date unknown and continuing up to and including August 9, 2024, in the District of Arizona, SAMUEL LOPEZ-OZUNA, knowing and in reckless disregard of the fact Daniel Velazquez-Segundo was an illegal alien, did transport and move said alien within the United States by means of transportation, and otherwise, in furtherance of such violation of law; and during and in relation to said transportation, the defendant placed in jeopardy the lives of said alien and other persons wherein the death of A. R.-V. resulted; with such offense committed for the purpose of commercial advantage and private financial gain;

*United States of America v. Samuel Lopez-Ozuna*
Indictment Page 4 of 7

## COUNT 5

14. Paragraphs 1 through 13 of this Indictment are realleged and incorporated as though fully set forth herein.

15. Beginning at a date unknown and continuing up to and including August 9, 2024, in the District of Arizona, SAMUEL LOPEZ-OZUNA, knowing and in reckless disregard of the fact Wendolyn Laguna was an illegal alien, did transport and move said alien within the United States by means of transportation, and otherwise, in furtherance of such violation of law; and during and in relation to said transportation, the defendant placed in jeopardy the lives of said alien and other persons wherein the death of A. R.-V. resulted; with such offense committed for the purpose of commercial advantage and private financial gain;

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(B)(i);1324(a)(1)(B)(iii) and 1324(a)(1)(B)(iv).

## COUNT 6

16. Paragraphs 1 through 15 of this Indictment are realleged and incorporated as though fully set forth herein.

17. Beginning at a date unknown and continuing up to and including August 9, 2024, in the District of Arizona, SAMUEL LOPEZ-OZUNA, knowing and in reckless disregard of the fact Abraham Bolvito-Robledo was an illegal alien, did transport and move said alien within the United States by means of transportation, and otherwise, in furtherance of such violation of law; and during and in relation to said transportation, the defendant placed in jeopardy the lives of said alien and other persons wherein the death of A. R.-V. resulted; with such offense committed for the purpose of commercial advantage and private financial gain;

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(B)(i);1324(a)(1)(B)(iii) and 1324(a)(1)(B)(iv).

///

## COUNT 7

18. Paragraphs 1 through 17 of this Indictment are realleged and incorporated as though fully set forth herein.

19. Beginning at a date unknown and continuing up to and including August 9, 2024, in the District of Arizona, SAMUEL LOPEZ-OZUNA, knowing and in reckless disregard of the fact Antonia Gonzalez-Robledo was an illegal alien, did transport and move said alien within the United States by means of transportation, and otherwise, in furtherance of such violation of law; and during and in relation to said transportation, the defendant placed in jeopardy the lives of said alien and other persons wherein the death of A. R.-V. resulted; with such offense committed for the purpose of commercial advantage and private financial gain;

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(B)(i);1324(a)(1)(B)(iii) and 1324(a)(1)(B)(iv).

## COUNT 8

20. Paragraphs 1 through 19 of this Indictment are realleged and incorporated as though fully set forth herein.

21. Beginning at a date unknown and continuing up to and including August 9, 2024, in the District of Arizona, SAMUEL LOPEZ-OZUNA, knowing and in reckless disregard of the fact Anibal Hernandez-Cruz was an illegal alien, did transport and move said alien within the United States by means of transportation, and otherwise, in furtherance of such violation of law; and during and in relation to said transportation, the defendant placed in jeopardy the lives of said alien and other persons wherein the death of A. R.-V. resulted; with such offense committed for the purpose of commercial advantage and private financial gain;

///

All in violation of Title 8; United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(B)(i); 1324(a)(1)(B)(iii) and 1324(a)(1)(B)(iv).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: September 11, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
RYAN P. DEJOE
DESIREE CHERY
Assistant U.S. Attorneys

*United States of America v. Samuel Lopez-Ozuna*
*Indictment Page 7 of 7*