JON M. SANDS
Federal Public Defender
**ELENA M. KAY** #026391
**VICTORIA A. BRAMBL** #009782
**LEO MASURSKY** #018492
Assistant Federal Public Defenders
407 W. Congress St., Suite 501
Tucson, AZ 85701
Tel. 520-879-7500
Elena_M_Kay@fd.org
vicki_brambl@fd.org
Leo_Masursky@fd.org
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR24-06035-TUC-AMM (EJM) |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE SENTENCING HEARING** |
| Samuel Lopez-Ozuna, | |
| Defendant. | **(Unopposed)**<br>**(1st Request)** |

Mr. Lopez-Ozuna, through undersigned counsel, respectfully requests a 60-day continuance of the sentencing hearing currently set for September 25, 2025, before this Honorable Court. Defense counsel needs additional time to work on mitigation and to better prepare for sentencing.

Ryan DeJoe, Assistant United States Attorney, was contacted and noted no objection to this request.

This motion is made in good faith and not for the purpose of delay.

**RESPECTFULLY SUBMITTED:** July 31, 2025.

JON M. SANDS
Federal Public Defender

/s/ *Elena M. Kay*
ELENA M. KAY
Assistant Federal Public Defender